In the Matter of the Petition of CAROLINE C. BISHOP to Vacate an Assessment.

(Argued March 20, 1883 ; decided March 30, 1883.)

*Samuel Hand* for appellant.

*D. J. Dean* for respondent.

This case presented the same questions and was argued and decided with *In re Righter* (*ante*, p. 111).

---

ROBERT T. SMITH et al., Appellants, *v.* JOHN B. DAVIS, Respondent.

(Argued March 20, 1883 ; decided March 30, 1883.)

*E. Moore* for appellants.

*Wm. L. Royal* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

MARY O'DAY, as Administratrix, etc., Respondent, *v.* THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, Appellant.

(Argued March 23, 1883 ; decided March 30, 1883.)

*Hamilton Odell* for appellant.

*Samuel Hand* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.